**No. 10-1010. Kenneth Jamal Lighty, Petitioner v. United States.**

565 U.S. 962, 132 S. Ct. 451, 181 L. Ed. 2d 293, 2011 U.S. LEXIS 7501.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 616 F.3d 321.

**No. 10-1426. Tracy Busch, Petitioner v. United States.**

565 U.S. 962, 132 S. Ct. 452, 181 L. Ed. 2d 293, 2011 U.S. LEXIS 7545.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 411 Fed. Appx. 872.

**No. 10-8807. Lorenzo Anthony Wilson, Petitioner v. United States.**

565 U.S. 962, 132 S. Ct. 451, 181 L. Ed. 2d 293, 2011 U.S. LEXIS 7551.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 624 F.3d 640.

**No. 10-9333. Wei Qin Sun, Petitioner v. United States.**

565 U.S. 962, 132 S. Ct. 451, 181 L. Ed. 2d 293, 2011 U.S. LEXIS 7523.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 399 Fed. Appx. 319.

**No. 10-9445. Rene Pacheco-Garcia, Petitioner v. United States.**

565 U.S. 962, 132 S. Ct. 451, 181 L. Ed. 2d 293, 2011 U.S. LEXIS 7491.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 403 Fed. Appx. 941.

**No. 10-9746. Ricardo Guerrero-Campos, Petitioner v. United States.**

565 U.S. 962, 132 S. Ct. 451, 181 L. Ed. 2d 293, 2011 U.S. LEXIS 7508.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 405 Fed. Appx. 919.

**No. 10-10340. Jamie Wesevich, Petitioner v. United States.**

565 U.S. 962, 132 S. Ct. 451, 181 L. Ed. 2d 293, 2011 U.S. LEXIS 7550.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 414 Fed. Appx. 620.

**No. 10-10487. Brian McClendon, Petitioner v. Dave Rednour, Warden.**

565 U.S. 962, 132 S. Ct. 452, 181 L. Ed. 2d 293, 2011 U.S. LEXIS 7580.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.